No. 155, Misc.  JEFFRIES *v.* DUFFY, WARDEN;
No. 158, Misc.  TAYLOR *v.* SQUIER, WARDEN;
No. 163, Misc.  FLEENOR *v.* HUNTER, WARDEN;
No. 169, Misc.  POLESKI *v.* OHIO ET AL.; and
No. 176, Misc.  PENTZ *v.* STEELE, WARDEN.  The motions for leave to file petitions for writs of habeas corpus in these cases are severally denied.  Petitioners *pro se.* *Solicitor General Perlman* for respondent in No. 158, Misc.

No. 183, Misc.  MUNOZ *v.* CALIFORNIA SUPREME COURT. The motion for leave to file petition for writ of mandamus is denied.

No. 186, Misc.  WESLEY *v.* VIRGINIA.  The application is denied.

No. 26.  UNITED STATES *v.* WILLIAMS ET AL.  C. A. 5th Cir.  Certiorari granted.  *Solicitor General Perlman* for the United States.

No. 66.  DOWD, WARDEN, *v.* UNITED STATES EX REL. COOK.  C. A. 7th Cir.  Certiorari granted.  *J. Emmett McManamon,* Attorney General of Indiana, *Merl M. Wall* and *Charles F. O'Connor,* Deputy Attorneys General, for petitioner.

No. 252.  AMERICAN FIRE & CASUALTY Co. *v.* FINN. C. A. 5th Cir.  Certiorari granted.  *M. L. Cook* for petitioner.

No. 267.  O'LEARY, DEPUTY COMMISSIONER, FOURTEENTH COMPENSATION DISTRICT, *v.* BROWN-PACIFIC-MAXON, INC. ET AL.  C. A. 9th Cir.  Certiorari granted. *Solicitor General Perlman* for petitioner.